

**NUMBER 13-12-00716-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN RE AMANDA ALVAREZ

### On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Memorandum Opinion Per Curiam

Relator, Amanda Alvarez, filed a petition for writ of mandamus contending that the Honorable Arnoldo Cantu, presiding judge of the County Court at Law Number 5 of Hidalgo County, Texas, abused his discretion, leaving relator without an adequate appellate remedy, by "refusing to permit an evidentiary hearing on [relator]'s motion for temporary orders" following a judgment, dated November 15, 2012, modifying a divorce decree in trial court cause number F-419-06-5. Relator also requested that this Court temporarily stay the November 15, 2012 judgment, which awarded real party in interest, Bobby Joe Feliz, the exclusive right to determine the primary residence of the parties'

children.  On November 20, 2012, this Court ordered the trial court's November 15, 2012 "Final Order in Suit to Modify the Parent Child Relationship" stayed until the petition for writ of mandamus and any response may be fully reviewed.  On November 26, 2012, we clarified that the trial court's separate order, also dated November 15, 2012 and requiring relator to surrender custody of the children to real party in interest at the Mission Police Department, was dependent on the custody judgment and was therefore also stayed until further order of this Court.  On November 28, 2012, this Court received real party in interest's response to the petition for writ of mandamus.

The Court, having examined and fully considered the petition for writ of mandamus, response, and record documents provided by the parties, is of the opinion that relator has not shown herself entitled to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED.  Further, the stay granted on November 20, 2012 and clarified on November 28, 2012 is hereby LIFTED.

PER CURIAM

Delivered and filed the
28th day of November, 2012.